IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Shandra Forsha, : | |
| : | |
| Plaintiff, : | |
| : | Case Number: 1:17cv750 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Miami Valley Hospital, et al., : | |
| : | |
| Defendants. : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . .that Defendant United States of America's Motion to Dismiss for Failure to Exhaust Administrative Remedies (Doc. 5) is **GRANTED** and the Complaint against the United States is **DISMISSED WITHOUT PREJUDICE**.  And, pursuant to 28 U.S.C. § 1447(c), the Clerk is **ORDERED** to **REMAND** this civil action to the Warren County, Ohio Court of Common Pleas.

12/7/17                                                                                          RICH NAGEL, CLERK

                                                                                                    S/William Miller
                                                                                                    Deputy Clerk